UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Case Number BKY 09-60862-DDO

Robert Roman Christen and Jean Marie Christen,

Debtors

## ORDER FOR RELIEF FROM STAY

This case is before the court on the motion of American Home Mortgage Servicing, Inc. seeking relief from the automatic stay. Based on all the files and records herein;

**IT IS HEREBY ORDERED,**

That the automatic stay heretofore entered in this case is modified to the extent necessary to allow American Home Mortgage Servicing, Inc., its successors and/or assigns, to foreclose the mortgage on the real property, in accordance with state law, commonly known as:

Lot 4, Block 3, Fieldstone Greene, in Mille Lacs County, Minnesota

**NOTWITHSTANDING** Federal Rule of Bankruptcy Procedure 4001 (a) (3), this order is effective immediately.

Dated: September 29, 2009

BY THE COURT:

/e/ Dennis D. O'Brien
Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/29/2009*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk